IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



JOYCELYN COLEMAN-STEWART                            PLAINTIFF

V.                                        CIVIL ACTION NO. 3:08cv336 DPJ-JCS

ADAM L. NIX, A & G COMMERCIAL TRUCKING, INC.
and JOHN DOES 1-10                                        DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties ore tenus to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause, being Civil Action No. 3:08cv336 DPJ-JCS, has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 12 day of Mar, 2009.

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO:

/s/ John L. Davidson
JOHN L. DAVIDSON,
ATTORNEY FOR PLAINTIFF

/s/ Bradley R. McDill
BRADLEY R. MCDILL,
ATTORNEY FOR DEFENDANT

4570-119023JSK